IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY L. RANSON,**

   *Plaintiff*,

v.                                    Case No.: 4:22cv41-MW/MJF

**WAKULL RCC,**

   *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $402.00 filing and administrative fee in its entirety." The Clerk shall close the file.

   **SO ORDERED on April 8, 2022.**

                                                  s/Mark E. Walker           
                                                  **Chief United States District Judge**